1 STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
2 **MESSNER REEVES LLP**
8945 W. Russell Road, Ste. 300
3 Las Vegas, Nevada 89148
Telephone: (702) 363-5100
4 Facsimile: (702) 363-5101
E-mail:    sknauss@messner.com
5 *Attorney for Defendant*

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9 DAVEN MICHAELS, an individual,                          CASE NO.: 2:21-cv-00447-GMN-DJA

10                    Plaintiff,

11 vs.                                                                 **STIPULATION AND ORDER TO REMAND MATTER TO THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**

12 CHAD E. NICELY, an individual,

13                    Defendant.

14

15        Defendant CHAD E. NICELY ("Defendant"), by and through his counsel of record, Steven

16 G. Knauss, Esq., of the law firm MESSNER REEVES LLP, and Plaintiff DAVEN MICHAELS

17 ("Plaintiff"), by and through his counsel of record, Michael N. Feder, Esq., and Gabriel A. Blumberg,

18 Esq., of the law firm DICKINSON WRIGHT PLLC, hereby stipulate and agree as follows:

19        1.        On February 22, 2021, Plaintiff filed his Complaint against Defendant in the Eighth

20 Judicial District Court, County of Clark, State of Nevada, Case Number **A-21-829823-C**.

21        2.        On March 18, 2021, Defendant removed this matter to this Court from the Eighth

22 Judicial District Court, County of Clark, State of Nevada, where it was pending under Case Number

23 **A-21-829823-C**.

24        3.        Upon discussion between counsel for the parties, the parties hereby agree to remand

25 this matter back to the Eighth Judicial District Court, County of Clark, State of Nevada, under Case

26 Number **A-21-829823-C**.

27

28

MESSNER REEVES LLP

1      4.     It is specifically noted that by entering into this Stipulation, Plaintiff is not conceding

2 that re-removal by Defendant, if the same should occur, is compliant with 28 U.S.C. §§ 1332, 1441

3 and/or 1446, and/or proper under those statutory provisions, and Plaintiff reserves any and all

4 objections in this regard.

5      5.     It is further specifically noted that by entering into this Stipulation, Defendant is not

6 conceding that removal of this matter to this Court was not compliant with 28 U.S.C. §§ 1332, 1441

7 and 1446, and/or improper under those statutory provisions, nor is Defendant waiving any right

8 regarding potential re-removal of this matter to this Court, and Defendant reserves any and all rights

9 and/or objections in this regard.

10      6.     The parties further stipulate and agree that each party shall bear its own attorneys' fees

11 and costs incurred with respect to and/or as a result of the removal and subsequent remand of this

12 action pursuant to this Stipulation and Order.

13 DATED this _2_6th_ day of _March_, 2021.     DATED this _26th_ day of _March_, 2021.

14 **MESSNER REEVES LLP**                 **DICKINSON WRIGHT PLLC**

15

16 STEVEN G. KNAUSS, ESQ.             MICHAEL N. FEDER, ESQ.
      Nevada Bar No. 12242                Nevada Bar No. 7332

17     8945 W. Russell Road, Ste. 300        GABRIEL A. BLUMBERG, ESQ.
      Las Vegas, Nevada 89148             Nevada Bar No. 12332

18     *Attorney for Defendant*               3883 Howard Hughes Parkway, Suite 800
                                      Las Vegas, Nevada 89169

19                                     *Attorneys for Plaintiff*

20

21

22                                  **IT IS SO ORDERED.**

23                                  Dated this __26__ day of March, 2021

24

25

26                                  Gloria M. Navarro, District Judge
                                  UNITED STATES DISTRICT COURT

27

28